LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEUNG WON LIM,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 06-00010<br><br>**COMPLAINT**<br><br>**IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a) & 960, and 18 U.S.C. § 2] |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about August 12, 2006, in the District of Guam and elsewhere, the defendant, SEUNG WON LIM, did unlawfully, intentionally, and knowingly import into the United States from a place outside thereof, approximately 13 grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960, and Title 18, United States Code, Section 2.

COMPLAINANT FURTHER STATES:

I, Kenneth Leon Bowman, being a Special Agent with the U.S. Drug Enforcement Administration, and acting in my official capacity, set forth the following facts:

1. I am a Special Agent with the U.S. Drug Enforcement Administration (DEA) since August, 2000. I had been assigned to the Mobile Enforcement Team (MET) at the DEA Miami Field Division. From July 2003 to May 2006, I was assigned to the High Intensity Drug Trafficking Area (HIDTA) Group 41 Enforcement Group at the DEA Miami Field Division. In May 2006, I was assigned to the DEA Guam Resident Office (GRO). During this time, I have completed an intensive twelve-week training course of drug identification and recognizing methods and procedures used by drug organizations to import and distribute narcotics. Additionally, I have participated in dozens of arrests while being employed with DEA which pertained to the distribution of controlled substances. I have also debriefed and directed informants in gathering narcotics intelligence. While being employed as a Special Agent with the DEA, I have served in an undercover capacity on numerous occasions and have purchased narcotics from traffickers on numerous occasions.

2. I know from my training and experience that it is common practice for methamphetamine traffickers to travel to their purchase and distribution areas to facilitate their trafficking. After purchasing methamphetamine, these methamphetamine traffickers will transport or cause to be transported methamphetamine. The methods of transportation include, but are not limited to, commercial airlines, private automobiles, government and contract mail services, and individuals.

3. On August 12, 2006, SEUNG WON LIM arrived on Guam from Hong Kong aboard Continental Flight #910. Guam Customs and Quarantine (GCQ) personnel stopped LIM Seung Won at the customs area of the Won Pat International Airport for a secondary search based upon information obtained from DEA Confidential Source that LIM was carrying methamphetamine secreted on his person.

2

Case 1:06-mj-00010    Document 1    Filed 08/14/2006    Page 2 of 3

4. LIM consented to a search of his person and no contraband was found. LIM then consented to being x-rayed at the Guam Memorial Hospital. Again, no visible evidence could be found. LIM then phoned the DEA Confidential Source and told the Confidential Source he was still carrying the drugs and that the police had not found them even after he had been x-rayed.

5. On August 13, 2006, DEA Agents obtained a federal search warrant to have the drugs removed from LIM. LIM then voluntarily expunged the drugs from his body and approximately 13 grams of methamphetamine was retrieved. A field test of the substance produced a positive indication for the presence of methamphetamine.

6 Based on the foregoing, I have probable cause to believe that SEUNG WON LIM has committed the offense of importation of methamphetamine hydrochloride in violation of Title 21, United States Code, §§ 952(a) and 960, and Title 18, United States Code, Section 2.

KENNETH LEON BOWMAN
Special Agent
U.S. Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me on this __14th__ day of August, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

3