# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00010__
Same Defendant __X__  New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name ___Seung Won Lim___

Allisas Name _____

Address _____

**RECEIVED AUG 1 4 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date __XX/XX/1970__ SS# __N/A__  Sex __M__ Race __A__ Nationality __Korean__

**U.S. Attorney Information:**

AUSA ___Rosetta San Nicolas___

**Interpreter:** ___ No __X__ Yes   List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 U.S.C. §§ 952(a) & 960, and 18 U.S.C. § 2 | IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __8/14/06__   Signature of AUSA: _[signature]_

**ORIGINAL**