# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00010 　　　　　　　　　　　　DATE: August 14, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
　　Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
　　Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 3:24:48 - 3:36:30
　　CSO: J. McDonald / J. Lizama

**APPEARANCES:**
　　Defendant: Seung Won Lim　　　　　　　　　Attorney: John Gorman
　　　　☑ Present ☑ Custody ☐ Bond　　　　　　☑ Present ☐ Retained ☑ FPD
　　　　☐ P.R.　　　　　　　　　　　　　　　　☐ CJA
　　U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent: Ken Bowman, D.E.A.
　　U.S. Probation: Maria Cruz　　　　　　　　U.S. Marshal: J. Curry / W. Gray
　　Interpreter: Hee-Jung Won　　　　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u>, appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Preliminary Examination set for: <u>August 24, 2006 at 10:00 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: