

FILED
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00010 |
|---|---|
| Plaintiff, | APPOINTMENT ORDER |
| vs. | |
| SEUNG WON LIM, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case.

Dated this 14th day of August, 2006.

JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL