RECEIVED
AUG 14 2006
US MARSHALS SERVICE-GUAM

°AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

SEUNG WON LIM

WARRANT FOR ARREST

Case Number: MJ-06-00010

FILED
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SEUNG WON LIM _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

**IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE**

in violation of Title ___21___ United States Code, Section(s) ___952(a) & 960 and 18 U.S.C. §2___

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

**Magistrate Judge**
Title of Issuing Officer

**August 14, 2006; Hagåtña, Guam**
Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Tumon |

| DATE RECEIVED 8/14/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/14/06 | | |

ORIGINAL

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   **SEUNG WON LIM**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____